U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

DEPUTY CLERK

9/5/2022

TO WHOM IT MAY CONCERN,

I AM CURRENTLY INCARCERATED AT THE YORK COUNTY JAIL ONE LAYMAN WAY ALFRED MAINE 04002. I WAS HIRED TO BE A INMATE KITCHEN TRUSTY EARNING TIME OFF MY SENTENCE ON JULY 30, 2022. FROM AROUND THE WEEK OF AUGUST 14, 2022 UNTIL MY EMPLOYMENT ENDED ON AUGUST 29, 2022 I WAS BEING SEXUALLY HARRASSED BY MY SUPERIOR A CIVILIAN ARAMARK KITCHEN EMPLOYEE BY THE NAME OF JUDITH (JUDY) DAIGLE. SHE REPEATEDLY MADE SEXUAL COMMENTS AND "JOKES" THAT MADE ME UNCOMFORTABLE EVEN AFTER I HAD INFORMED HER THAT SHE WAS MAKING ME UNCOMFORTABLE. OTHER INMATES HAVE WITNESSED AND HAVE BEEN VICTIMS OF JUDITH'S INAPPROPRIATE BEHAVIOR. SHE HAS ALSO "BRUSHED" AGAINST ME AND INVADED MY PERSONAL SPACE AFTER BEING INFORMED HER ACTIONS WERE MAKING ME UNCOMFORTABLE AND THAT I WOULD LIKE HER TO STOP. THERE HAVE BEEN THREE OCCASIONS IN WHICH JUDITH HAS ACTUALLY PLACED HER HAND ON MY GENITALS. ONE OF THOSE TIMES WAS WITNESSED BY ANOTHER INMATE IN THE BACK STORAGE ROOM. THE LAST TIME SHE HAS TOUCHED ME IN A INAPPROPRIATE MANNER WAS ON AUGUST 28, 2022 BETWEEN 10 AM AND 12 PM. JUDITH AT THAT TIME FOLLOWED ME INTO A WALK IN COOLER BY THE DISH SINKS AND CLOSED THE DOOR. AFTER CLOSING THE DOOR SHE PLACED HER HAND ON MY GENITALS. I ASKED HER TO STOP WHICH SHE EVENTUALLY DID. WE WERE ALONE TOGETHER INSIDE THE COOLER FOR TWO TO THREE MINUTES. JUDITH THEN LEAVES THE COOLER AND GOES INTO THE KITCHEN ONLY TO RETURN TO THE COOLER AGAIN ABOUT A MINUTE LATER. ONCE SHE IS INSIDE THE COOLER SHE CLOSES THE DOOR AGAIN. SHE THEN ASKS ME IF SHE CAN

PERFORM ORAL SEX ON ME TO WHICH MY ANSWER IS NO. SHE LEAVES THE COOLER AGAIN ABOUT TWO MINUTES AFTER ENTERING THE SECOND TIME. I LEAVE THE COOLER AND RETURN TO WORK A MINUTE OR SO AFTER SHE LEAVES THE COOLER. I QUIT MY JOB THE NEXT DAY DUE TO THE UNCOMFORTABLE WORK ENVIRONMENT. I HAVE NOTIFIED THE PROPER AUTHORITIES HERE AT THE YORK COUNTY JAIL AND SHE HAS BEEN I BELIEVE SUSPENDED PENDING A INTERNAL INVESTIGATION. I FEEL I AM NOT BEING TAKEN VERY SERIOUSLY ON THIS MATTER AND I FEEL I AM BEING TREATED MORE LIKE A CRIMINAL THAN THE VICTIM. I HAVE BEEN ASKED BY THE INVESTIGATORS TO TAKE A POLYGRAPH AS WELL AS BEEN THREATENED WITH CRIMINAL CHARGES IF MY ALLEGATIONS ARE TO BE FOUND FALSE WHICH THEY ARE NOT. I ALMOST WISH I HAD NOT COME FORWARD DUE TO THE STRESS OF IT ALL. I WAS MOLESTED AS A CHILD AND JUDITH'S ACTIONS HAVE REOPENED OLD SCARS I HAVE WORKED HARD TO KEEP SEALED. I HAVE HAD TROUBLE SLEEPING AND EATING SINCE THESE INCIDENTS TOOK PLACE. I WOULD LIKE TO FILE A LAWSUIT AGAINST JUDITH DAIGLE, ARAMARK, AND YORK COUNTY JAIL. FOR A NUMBER OF THINGS INCLUDING BUT NOT LIMITED TO SEXUAL HARRASMENT, ABUSE OF POWER, AND EXTREME EMOTIONAL DISTRESS. ANY HELP I COULD RECIEVE IN FILING SAID LAWSUIT WHILE I TRY TO OBTAIN COUNCEL TO REPRESENT ME IN THESE MATTERS WILL BE GREATLY APPRECIATED.

SINCERELY

MICHAEL R VANETTEN JR

Michael VanEtten

INMATE # 1169291